# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH EX REL. ROBERT MORRIS ANTHONY, | : | No. 80 WM 2021 |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| BOBBI JO SOLOMAN, SUPERINTENDENT, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of April, 2022, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.